UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| JOSEPH QUENGA, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | Case No. CV408-085 |
| JAMES L. LANIER, *Warden*, | ) ) ) | |
| Respondent. | ) | |

## **ORDER**

After a careful <u>de</u> <u>novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 2nd day of February, 2009.

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA